IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

PATRICIA JOANNE CHAPMAN,

        Plaintiff,

v.                                   CIVIL  ACTION  NO.  3:09-1057

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

       This action was referred to the Honorable Cheryl A. Eifert., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the plaintiff's motion for judgment on the pleadings be denied, and the like motion of the defendant be denied.  Neither party has filed objections to the Magistrate Judge's findings and recommendation.

       Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** the plaintiff's motion for judgment on the pleadings, and **GRANTS** the like motion of the defendant.

       The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                ENTER:       December 8, 2010

                                              ROBERT C. CHAMBERS
                                              UNITED STATES DISTRICT JUDGE